UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00358-MOC-DLH

| | | |
|---|---|---|
| **BRYAN EARL CHANDLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CON-WAY FREIGHT, INC.** | ) | |
| **DEREK MATTHEW SISE** | ) | |
| **CEVA LOGISTICS US, INC.** | ) | |
| **XPO LOGISTICS FREIGHT, INC.** | ) | |
| **PENSKE TRUCK LEASING CORP.** | ) | |
| **MORRIS LLOYD JORDAN** | ) | |
| **PENSKE TRUCK LEASING CO., INC** | ) | |
| **PENSKE TRUCK LEASING CO., LP,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a "Consent Protective Order" dropped into Chambers mailbox via CyberClerk. The parties are advised that in accordance with Fed. R. Civ. P. 7 and L.Cv.R 7.1, an application to the court for any form of relief must be through a written motion as there is no method for tracking requests other than through the Court's docket. See also PTO at ¶ I(F). While the Court certainly appreciates the courtesy of receiving proposed orders via cyberclerk – and the diligent work of counsel here – any such proposal must correspond with a filed motion. Further, CyberClerk submissions need to be directed to the judge who will actually handle the motion, which in this case is Judge Howell, who has been referred all discovery and pretrial issues.

-1-

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent the parties seek relief by depositing a "Consent Protective Order" in the Chambers mailbox, such relief is denied without prejudice.

Signed: July 13, 2017

Max O. Cogburn Jr.
United States District Judge